WESTERN ELECTRIC COMPANY, Incorporated, Plaintiff-Appellant, v. MAIDEN–TOLEDO, Inc., et al., Defendants-Appellees.

No. 5687.

Circuit Court of Appeals, Sixth Circuit.

June 9, 1931.

F. O. Richey, of Cleveland, Ohio (H. A. Pattison and F. T. Woodward, both of New York City, Tracy, Chapman & Welles, of Toledo, Ohio, and Richey & Watts, of Cleveland, Ohio, on the brief), for appellant.

F. F. Crampton, of Toledo, Ohio, for appellees.

Before MOORMAN, HICKS, and HICKENLOOPER, Circuit Judges.

PER CURIAM.

In July, 1929, in a suit brought by appellant against appellees, a decree pro confesso was entered enjoining the defendants from infringing upon letters patent Nos. 1,707,544 (Thuras) and 1,707,545 (Wente), and from further unfair competition. A perpetual injunction was filed and served. Later, in December, 1929, appellant instituted proceedings in contempt. The District Court dismissed the proceedings on the ground that any violation of the injunction was the result of earnest solicitation upon the part of the plaintiff's agents—analogous to entrapment in criminal cases. Upon a review of the evidence, this court is of the opinion that there was no improper conduct on the part of the appellant and its agents.

As the District Court did not determine the contentions on their merits, the decree is reversed, and the case remanded for such proceeding.

Clarence WHITMAN, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 48.

Circuit Court of Appeals, Second Circuit.

May 18, 1931.

Milbank, Tweed, Hope & Webb, of New York City (Daniel B. Priest, of New York City, of counsel), for petitioner.

G. A. Youngquist, Asst. Atty. Gen., and Sewall Key and J. P. Jackson, Sp. Assts. to Atty. Gen. (C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, and Robert L. Williams, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., of counsel), for respondent.

Before MANTON, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Order affirmed.

Hugh WINFREY v. UNITED STATES.

No. 402.

Circuit Court of Appeals, Tenth Circuit.

Jan. 28, 1931.

S. R. Owens, of Denver, Colo., for appellant.

Ralph L. Carr, U. S. Atty., of Denver, Colo.

Before LEWIS, PHILLIPS, and McDERMOTT, Circuit Judges.

PER CURIAM.

Case remanded January 28, 1931, pursuant to stipulation, with direction to vacate the judgment and grant a new trial.